UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEVIN CLOYD | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| ENSCO OFFSHORE CO. | * | SECTION " " |
| | * | MAG. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## SEAMEN'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Kevin Cloyd, a Jones Act Seamen, and a person of full age and majority, domiciled in Menomonee Falls, State of Wisconsin, who respectfully avers as follows:

I.

This action is brought pursuant to Title 46 U.S.C. § Section, 688, the Jones Act, and all statutes supplemental and amendatory thereto, and pursuant to the General Maritime Laws of the United States and also asserts a claim under Section 905(b).

II.

ENSCO Offshore Co. a named defendant herein, is an entity authorized to do and doing business in the State of Louisiana, and is liable unto Plaintiff, Kevin Cloyd, for claims of the nature asserted herein.

III.

On or about June 17, 2012, plaintiff, Kevin Cloyd was employed as a roustabout by defendant, ENSCO and assigned to the ENSCO 86.

IV.

On or about June 17, 2012, the ENSCO 86, a jack-up rig, was owned. operated and/or controlled by defendant, ENSCO Offshore Co.

V.

On or about June 17, 2012, as plaintiff was performing his assigned task aboard the ENSCO 86 in the Gulf of Mexico off the Louisiana Coast, he sustained serious, permanent and disabling injuries when a load being moved by a crane on the rig suddenly and without warning shifted and came at plaintiff on the over-crowded deck.

VI.

The sudden and unexpected movement of the crane load caused and forced plaintiff into an awkward position, resulted in injuries to plaintiff's body, including but not limited to his cervical and lumbar spine.

VII.

The accident and resulting injuries described above were caused by the negligence of the defendant, ENSCO Offshore Co., in the following particulars:

a)   Failing to properly supervise the task being performed;

b)   Failing to provide plaintiff with a safe place to work;

c)   Operating the crane in an unsafe manner;

d)   Requiring plaintiff to work in over-crowded and unsafe conditions;

e)   Moving the crane load toward plaintiff's position suddenly and without warning;

 f)  Failing to conduct the task in a reasonably safe manner; and

 g)  Any and all other acts of negligence that will be shown at the trial of this matter.

VIII.

At all pertinent times hereto, the ENSCO 86 was unseaworthy in one or more of the following respects, to-wit:

 a)  Failing to properly supervise the task being performed;

 b)  Failing to provide plaintiff with a safe place to work;

 c)  Operating the crane in an unsafe manner;

 d)  Requiring plaintiff to work in over-crowded and unsafe conditions;

 e)  Moving the crane load toward plaintiff's position suddenly and without warning;

 f)  Failing to conduct the task in a reasonably safe manner; and

 g)  Other unseaworthy conditions to be determined at a trial of this action.

IX.

In accordance with the Jones Act, the defendants are liable unto the plaintiff, Kevin Cloyd, for the following damages:

 a)  Past, present and future medical expenses;

 b)  Past, present and future physical pain and suffering;

 c)  Past, present and future mental pain and suffering;

 d)  Lost wages and loss of earning capacity; and,

 e)  Any other elements of damage recoverable under the Jones Act or under Louisiana law.

X.

Plaintiff, Kevin Cloyd, is entitled to maintenance and cure benefits from the above referenced Defendant/Employer, ENSCO Offshore Co., until such time as he reaches maximum medical cure;

and Plaintiff is entitled to attorney's fees, costs, compensatory and punitive damages in the event the Defendant, ENSCO Offshore Co., unreasonably or arbitrarily refuses to pay or discontinues maintenance and cure benefits.

**WHEREFORE,** for the above and foregoing reasons, plaintiff, Kevin Cloyd, request that the defendant, ENSCO Offshore Co., be served with a copy of this Seaman's Complaint and that after all legal proceedings and due delays are had, there be judgment in favor of Plaintiff, Kevin Cloyd, and against the defendant, ENSCO Offshore Co., for damages in the sum of $5,000,000.00 FIVE MILLION AND NO/100 ($5,000,000.00), plus interest from the date of accident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

Respectfully submitted,

**UNGAR & BYRNE**

/s/ George W. Byrne, Jr.
EVETTE E. UNGAR (#29013)
GEORGE W. BYRNE, JR. (#3744)
CHERYL L. WILD (#28805)
650 Poydras St., Suite 2005
New Orleans, Louisiana 70130
Telephone No.: (504) 566-1616
Facsimile No.: (504) 566-1652
E-Mail: leslie@ungarlawyers.com
Counsel for Plaintiff, *KEVIN CLOYD*

**PLEASE SERVE:**

**ENSCO OFFSHORE CO.**
Through Agent for Service of Process
CT CORPORATION SYSTEMS
350 N. St. Paul St., Suite 2900
Dallas, TX 75201